■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFINO ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered November 30, 1990, convicting defendant, after a jury trial, of two counts of robbery in the first degree and one count of robbery in the second degree, and sentencing him, as a second violent felony offender, to concurrent indeterminate prison terms of from 12½ to 25 years on each first degree robbery conviction and 7½ to 15 years on the second degree robbery conviction, unanimously affirmed.

Defendant committed three separate robberies of cab drivers on September 28, October 10 and October 16, 1989. Defendant

was arrested immediately after the third robbery and shortly thereafter, the complainants in the other two robberies positively identified defendant in a lineup.

Defendant's argument that the court should have ordered separate trials of the robbery charges pursuant to CPL 200.20 (3) (a) is unpreserved for appellate review as a matter of law (*People v Jiminez*, 157 AD2d 575, 576). In the circumstances, we fail to discern "good cause" warranting separate trials in the interest of justice (CPL 200.20 [3] [a]; *People v Ndeye*, 159 AD2d 397, *lv denied* 76 NY2d 793). Defendant has not demonstrated grounds for the reduction of his sentence, particularly since the court was empowered to impose consecutive sentences. Concur—Carro, J. P., Milonas, Ellerin and Ross, JJ.